THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Marvin Brown, Appellant,
 v.
 The State, Respondent.
 
 
 

Appeal From Jasper County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2007-UP-320
Submitted June 1, 2007  Filed June 15, 2007  

APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III,
 Chief Attorney, South Carolina Commission on Indigent Defense, of Columbia, for
 Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney
 General, Colleen Dixon, Office of the Attorney General, of Columbia, for
 Respondent. 
 
 
 
 
 

PER
 CURIAM:  On appeal, Marvin Brown claims the circuit court abused its
 discretion in denying his motion for a continuance and in granting the States
 motion to dismiss regarding his petition for writ of habeas corpus.  
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Browns appeal and grant counsels motion to be
 relieved.    
APPEAL DISMISSED. [1]
STILWELL,
 SHORT, and WILLIAMS, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.